IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DINÉ CARE and NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and LISA P. JACKSON, in her official capacity as EPA Administrator,<br><br>Defendants,<br><br>SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT & POWER DISTRICT,<br><br>Intervenor-Defendant. | Case No. C 12-03987 JSW<br><br>STIPULATED REQUEST AND [PROPOSED] ORDER TO ALTER THE BRIEFING SCHEDULE IN THE CASE MANAGEMENT ORDER |

WHEREAS, pursuant to this Court's February 6, 2013 Case Management Order (Docket Document No. 37), the existing briefing and hearing schedule regarding cross-motions for summary judgment in this case is as follows:

  March 1, 2013:   Plaintiffs' Motion for Summary Judgment

  April 12, 2013:  Defendants and Intervenor-Defendant's Responses and Cross-Motions for Summary Judgment

  May 10, 2013:    Plaintiffs' Combined Response and Reply

  June 7, 2013:    Defendants and Intervenor-Defendant's Replies

  June 21, 2013:   Hearing

WHEREAS, unexpected developments in three other cases being handled by counsel for Plaintiffs have made it difficult for Plaintiffs to meet the March 1 filing deadline;

WHEREAS, the schedule proposed below will provide Plaintiffs additional needed time to complete their summary judgment briefing;

WHEREAS, the proposed schedule below will allow Defendants and Intervenor-

1 Defendants the same amount of time to complete their briefing and will not require alteration of
2 the Hearing Date established for the summary judgment motions;
3     NOW THEREFORE, Plaintiffs request and the Parties jointly stipulate that there is not an
4 opposition to Plaintiffs' request that the Court enter the [Proposed] Order below altering the
5 Briefing Schedule in this Court's February 6, 2013 Case Management Order (Docket Document
6 No. 37), as follows:

7     *March 8, 2013:*    Plaintiffs' Motion for Summary Judgment
8     *April 19, 2013*:    Defendants and Intervenor-Defendant's Responses and
9         Cross-Motions for Summary Judgment
10     May 10, 2013:    Plaintiffs' Combined Response and Reply
11     June 7, 2013:    Defendants and Intervenor-Defendant's Replies
12     June 21, 2013:    Hearing

13     As shown above, only the italicized dates would be changed pursuant to this proposed
14 change in the briefing schedule.
15     SO STIPULATED this 26th day of February, 2013.

**Counsel for Plaintiffs**
DINÉ CARE and NATIONAL PARKS CONSERVATION ASSOCIATION

  /s/ George E. Hays
George E. Hays
Reed Zars

**Counsel for Defendants**
ENVIRONMENTAL PROTECTION AGENCY and LISA P. JACKSON

  /s/ C. Scott Spear
C. Scott Spear

**Counsel for Intervenor-Defendant**
SALT RIVER PROJECT AGRICUTURAL IMPROVEMENT & POWER DISTRICT

  /s/ Henry V. Nickel
Henry V. Nickel
Hunton & Williams LLP

# ~~(PROPOSED)~~ ORDER

Having considered the Parties' February 26, 2013 Stipulated Request And [Proposed] Order to Alter the Briefing Schedule in the Case Management Order and GOOD CAUSE appearing therefore, the Court hereby orders the following:

1. Plaintiffs' unopposed request to alter the briefing schedule in the Case Management Order is GRANTED.

2. The deadlines in the Case Management Order are modified as follows:

| | |
|---|---|
| March 8, 2013: | Plaintiffs' Motion for Summary Judgment |
| April 19, 2013: | Defendants and Intervenor-Defendant's Responses and Cross-Motions for Summary Judgment |
| May 10, 2013: | Plaintiffs' Combined Response and Reply |
| June 7, 2013: | Defendants and Intervenor-Defendant's Replies |
| June 21, 2013: | Hearing |

IT IS SO ORDERED

DATED: February 27, 2013

_____
JEFFREY S. WHITE
United States District Judge